JUDGE WOOD

# 12 CIV 6646

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, LLC d/b/a EMI MUSIC NORTH AMERICA, | Index No. |
| Plaintiff, | **COMPLAINT** |
| - against – | JURY TRIAL DEMANDED |
| ESCAPE MEDIA GROUP, INC., | |
| Defendant. | |

RECEIVED

AUG 30 2012

U.S.D.C. S.D. N.Y.
CASHIERS

Plaintiff Capitol Records, LLC d/b/a EMI Music North America ( "Plaintiff" or "EMI"),

by its attorneys, Pryor Cashman LLP, for its Complaint against defendant Escape Media Group,

Inc. ("Defendant"), alleges as follows:

## NATURE OF ACTION

1.       This is an action for copyright infringement, breach of contract, unjust

enrichment, unfair competition and infringement of state common law copyrights in sound

recordings recorded prior to February 15, 1972 ("Pre-1972 Recordings").

2.       Plaintiff is the owner and/or exclusive United States licensee of the rights in

sound recordings, including both Pre-1972 Recordings which are protected by state common law

copyright and sound recordings first fixed on and after February 15, 1972 ("Federal Copyright

Protected Recordings"), and including audio-visual works embodying such recordings

(collectively, the "EMI Recordings"). The EMI Recordings include some of the most popular,

successful, and valuable recordings ever created, including recordings by The Beatles, The

Beach Boys, Pink Floyd, David Bowie, Queen, Coldplay, Radiohead, Tina Turner, Sarah

Brightman, Norah Jones, Lady Antebellum and Katy Perry. Sample lists of EMI Recordings,

including a list of the Pre-1972 Recordings and a list of the Federal Copyright Protected

Recordings (including the copyright registration numbers for the Federal Copyright Protected Recordings), that are being unlawfully exploited by the Defendant in violation of Plaintiff's copyrights, in breach of contract and in violation of other rights, to the extent that Plaintiff has discovered such unlawful exploitation to date, are attached hereto as Exhibit A and B, respectively.

3.      Defendant owns and operates an Internet and mobile digital music service branded "Grooveshark" (the "Grooveshark Service").  At all relevant times, Defendant has operated the Grooveshark Service through various websites owned and operated by Defendant, including www.grooveshark.com, www.tinysong.com and www.twisten.fm.  Defendant has, through the Grooveshark Service, reproduced and distributed, and has permitted and enabled others to reproduce and distribute, audio and video content, including EMI Recordings.

4.      Prior to September 24, 2009, EMI commenced a lawsuit against Defendant in the United States District Court for the Southern District of New York (Index No. 09-CIV-4458 LMM), hereinafter the "Lawsuit," in which EMI asserted claims relating to Defendant's alleged unauthorized exploitation of numerous EMI Recordings.

5.      As of September 24, 2009, EMI entered into an agreement with Defendant titled "Settlement Agreement and Mutual Release" (the "Settlement Agreement"), by which the parties settled the claims in the Lawsuit respecting Defendant's unauthorized exploitation of EMI Recordings occurring on the Grooveshark Service prior to the effective date of the Settlement Agreement.  The Settlement Agreement expressly provided that from and after the effective date, Defendant "shall not allow the copying, reproduction, distribution, public performance, and/or other exploitation of EMI Recordings on, via, and/or in connection with the Grooveshark Sites ... except pursuant to a valid, binding agreement allowing such copying, reproduction, distribution,

2

public performance, and/or other exploitation of EMI Recordings (an 'EMI Content Agreement'), in accordance with the terms of such EMI Content Agreement."

6.     On or about the same day (and effective as of September 24, 2009), Defendant entered into a "Digital Distribution Agreement" with EMI Music Marketing, a division of Plaintiff Capitol Records, LLC (the "Distribution Agreement").   Pursuant to the Distribution Agreement, EMI granted to Defendant the right to distribute EMI Recordings, including Pre-1972 Recordings, solely as embodied in digital streams ("Streams") in accordance with Product Schedule F.1.

7.     EMI granted such rights to Defendant in exchange for certain monthly payments, as set forth in the Distribution Agreement.   Defendant was to furnish to EMI both monthly accounting statements and weekly exploitation reports (collectively, and as defined in the Distribution Agreement, "Sales Reports"), in compliance with the detailed reporting guidelines set forth in the Distribution Agreement.

8.     During the term of the Distribution Agreement (which had an original term of thirty (30) months), on at least two separate occasions, EMI asserted that Defendant was in breach of the Distribution Agreement based upon, *inter alia,* Defendant's exploitation of EMI Recordings that were not authorized pursuant to the terms of the Distribution Agreement and Defendant's failure to properly account to EMI in accordance with the terms of the Distribution Agreement.   To resolve such claims, EMI and Defendant entered into both First and Second Amendments to the Settlement and Distribution Agreements which, in part, provided for certain specified payments by Defendant and extended the term of the Distribution Agreement through September 30, 2012.

9.     Despite having just resolved EMI's prior claims of breach in the Second Amendment to the Settlement and Distribution Agreements as of November 29, 2012, Defendant almost immediately proceeded to again breach the Distribution Agreement by failing to properly pay the monthly payments due under the Distribution Agreement for the months of November and December 2011 for exploitations of EMI Recordings occurring on or via the Grooveshark Service, within twenty (20) days of the end of the month, as required under Paragraph 8.1(a) of the Distribution Agreement, and also by failing to even provide the Sales Reports for December 2011.

10.    Pursuant to and in compliance with Paragraph 13.1 of the Distribution Agreement, EMI sent Defendant a notice of breach letter dated January 25, 2012.  In accordance with Paragraph 13.1, Defendant thereafter had ten (10) days to cure its breach.  Not only did Defendant fail to fully cure its breach, it committed additional breaches by failing to make payments or provide Sales Reports for the months of January and February 2012 (as well as failing to pay and provide the Sales Report for its exploitation of EMI Recordings in March prior to the termination date referred to below).

11.    Based on the foregoing material breaches of the Distribution Agreement, in accordance with paragraph 13.1 of the Distribution Agreement, EMI terminated the Distribution Agreement by letter dated March 22, 2012, effective immediately.

12.    In accordance with Paragraph 13.3 of the Distribution Agreement, upon termination of the Distribution Agreement, Defendant was immediately required to cease any exploitation of EMI Recordings, destroy any EMI content and Confidential Information in its possession and to pay all amounts and deliver all Sales Reports due under the Distribution Agreement.

13.     In addition, consistent with the specific restrictions and limitations of the Settlement Agreement, pursuant to which Defendant agreed that it would not "allow the copying, reproduction, distribution, public performance, and/or other exploitation of EMI Recordings on, via, and/or in connection with the Grooveshark Sites" except in accordance with an EMI Content Agreement (i.e. pursuant to the Distribution Agreement), Defendant had no further right to permit any EMI Recording, regardless of source of such recordings, to be exploited because of the termination of the Distribution Agreement.

14.     Notwithstanding EMI's termination of the Distribution Agreement and notwithstanding Defendant's obligations under Paragraph 13.3 thereof, Defendant has failed and refused to pay or account to EMI for Defendant's exploitations of EMI Recordings under the Distribution Agreement from December 2011 through the March 22, 2012 termination date.

15.     Despite EMI's termination of the Distribution Agreement and in flagrant disregard of its obligations under Paragraph 13.3 to immediately cease any exploitation of EMI Recordings, and in violation of EMI's copyrights in and to the EMI Recordings (both the Pre-1972 Recordings and the Federal Copyright Protected Recordings) and in breach of the requirements of the Settlement Agreement, in addition to failing and refusing to account to and pay EMI for its exploitation of EMI Recordings from November 2011 through March 2012, Defendant continued and continues to this day to exploit (and to permit, encourage, enable and contribute to the unauthorized exploitation of) EMI Recordings on or via its Grooveshark Service.

16.     In addition to being in patent violation of Paragraph 13.3 of the Distribution Agreement as well as Paragraph 4.4 of the Distribution Agreement, such unauthorized exploitation is in breach of the Settlement Agreement, which provides that Defendant may not

exploit or permit the exploitation of any EMI Recordings on or via the Grooveshark Service other than pursuant to and in accordance with the terms of a valid EMI Content Agreement, which, by virtue of EMI's termination of the Distribution Agreement, no longer permits Defendant to exploit any EMI Recording.

17.     Defendant's unauthorized exploitation of EMI's Recordings after the termination of the Distribution Agreement also constitutes willful common law and Federal copyright law infringement of EMI's rights in and to the Pre-1972 Recordings and the Federal Copyright Protected Recordings.

18.     In addition to being in flagrant breach of both the Distribution Agreement and the Settlement Agreement and constituting willful copyright infringement of EMI's common law copyrights in its Pre-1972 Recordings and federal copyright in its Federal Copyright Protected Recordings, Defendant's continued exploitation of EMI Recordings absent a valid EMI Content Agreement or other authority from EMI also constitutes unjust enrichment. By exploiting (and by permitting, encouraging, enabling and contributing to the exploitation of) EMI Recordings on the Grooveshark Service without a valid EMI Content Agreement, Defendant has unjustly enriched itself by arrogating to itself all of the financial and other benefits of EMI's valuable intellectual property rights without any payment whatsoever to EMI or its artists.

19.     Finally, the continued exploitation of EMI's Pre-1972 Recordings on and via the Grooveshark Service after the termination of the Distribution Agreement is unauthorized and violates EMI's common law copyright rights in such Pre-1972 Recordings under New York State law. Pre-1972 Recordings are subject to protection under state law, and are not subject to or governed by the federal Copyright Act. Defendant's infringement of EMI's common law

6

copyrights in Pre-1972 Recordings and its breach of the Settlement Agreement and Distribution Agreement are matters properly addressed to this Court as pendant claims.

## THE PARTIES

20.     Plaintiff Capitol Records, LLC d/b/a EMI Music North America is a limited liability company duly organized and existing under the laws of the State of Delaware with its principal place of business in New York County in the State of New York.

21.     Defendant is a Delaware corporation with offices in Gainesville, Florida, Denver, Colorado and New York City.

## JURISDICTION AND VENUE

22.     This is a civil action seeking, *inter alia,* damages and injunctive relief for copyright infringement under the Copyright Act, 17 U.S.C. §101 *et. seq*; and for breach of contract, unjust enrichment and unfair competition, as well as compensatory damages and attorneys' fees for breach of contract.

23.     This Court has original subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a) and over the state law claims based upon pendant jurisdiction.

24.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c) and/or 1400(a).

25.     This Court has personal jurisdiction over Defendant pursuant to New York Civil Practice Law and Rules ("CPLR") §302(a)(1), (2) and/or (3) in that Defendant is committing acts of copyright infringement, contracting to supply goods and services in New York in connection with the matters giving rise to this suit and has entered into contracts and other arrangements with residents of New York which enable New York residents to access music files embodying EMI Recordings by, *inter alia,* offering for sale, advertising and selling and/or allowing the copying, reproduction, distribution and/or other exploitation of the EMI Recordings to New York

7

residents.   In addition, Defendant has also agreed to the jurisdiction of this Court in the Settlement Agreement and Distribution Agreement at issue herein.

26.     The Distribution Agreement and the Settlement Agreement are each expressly governed by New York law, and in each agreement Defendant expressly consents to the exclusive jurisdiction of the state and federal courts located in New York County, New York for the adjudication of any disputes arising out of or relating to those agreements.

27.     In fact, the Grooveshark Service's terms of use state that the relationship between Defendant and its users "shall be governed by the laws of the State of New York without regard to its conflict of law provisions.   You and [Defendant] agree to submit to the personal and exclusive jurisdiction of the courts located within the State and County of New York."

28.     This Court also has personal jurisdiction over Defendant pursuant to CPLR § 301 in that Defendant, acting alone and in concert, does systematic and continuous business in this judicial district, and Plaintiff does business and is suffering harm in this judicial district. Defendant is registered to do business in New York and maintains an office at 254 West 31st Street, New York, New York 10001.

<u>AS AND FOR A FIRST CLAIM</u>
<u>(Copyright Infringement)</u>

29.     Plaintiff repeats and realleges each and every allegation set forth in Paragraphs 1 through 28 above as if more fully set forth herein.

30.     The Federal Copyright Protected Recordings are original works, copyrightable and copyrighted under 17 U.S.C. § 102.   Capitol Records is the owner and/or exclusive U.S. licensee, of the copyrights in and to the Federal Copyright Protected Recordings.   As such, Plaintiff has the exclusive rights under copyright to, *inter alia*, manufacture, sell, license, lease and otherwise exploit the Federal Copyright Protected Recordings in phonorecords or digital or

other format, to prepare derivative works based on the Federal Copyright Protected Recordings, and to publicly perform the Recordings.  17 U.S.C. § 106.

31.     Having entered into the Settlement Agreement after having been sued by EMI for its unauthorized exploitation of EMI Recordings and having agreed in the Settlement Agreement that it cannot and will not exploit or permit the exploitation any EMI Recordings without having a valid EMI Content Agreement in place, Defendant is fully aware that, without the Distribution Agreement, Defendant neither can itself exploit the EMI Recordings nor can it permit others to exploit the EMI Recordings on its Grooveshark Service, which is why the Settlement Agreement and the Distribution Agreement were contemporaneous and linked.  Absent such authority – which authority ceased upon EMI's termination of the Distribution Agreement on March 22, 2012 – the exploitation of EMI Recordings, whether those supplied directly by EMI to Defendant under the Distribution Agreement or supplied by others to Defendant, on or via the Grooveshark Service constitutes copyright infringement.

32.     Since EMI's termination of the Distribution Agreement – and despite Defendant's express agreement in the Settlement Agreement that it would "not allow the copying, reproduction, distribution, public performance, and/or other exploitation of EMI Recordings on, via, and/or in connection with the Grooveshark Sites . . . except pursuant to a valid, binding [EMI Content Agreement]" – Defendant has nevertheless continued to reproduce and distribute the Federal Copyright Protected Recordings, and to permit, enable, encourage and contribute to the reproduction and distribution by others of the Federal Copyright Protected Recordings, in violation of EMI's exclusive rights, including in the following ways:

(i) Using its own proprietary software application known as "Sharklet," Defendant enables and encourages its users to "upload" digital copies of the EMI Recordings.  Defendant

9

then scans the uploaded files for "song information" including the name of the song and the artist, and reproduces the file from the user's computer and stores it on its own servers, for further distribution to, and reproduction by, its users. Thereafter, any user of the Grooveshark Service who wants to obtain a copy of that EMI Recording can simply type the name of the song or artist and Defendant will provide a list of the music files in the Grooveshark library matching those terms.

(ii) When a user clicks on a particular EMI Recording from the search results provided by Defendant, a digital copy of that recording is distributed by Defendant from its servers to the user's personal computer, where yet another copy is made and streamed for the user to listen to.

33. As a result of the unauthorized reproduction and distribution by Defendant, users of the Grooveshark Service can obtain copies of many of the EMI Recordings almost instantaneously. Indeed, Defendant has openly promoted its Grooveshark Service as providing users the ability to "find any song in the world and listen to it instantly." Defendant's website invites users to "sign up for a Grooveshark account and begin listening to millions of tracks for free."

34. Defendant also enables users to distribute EMI Recordings to other users and make still more copies via Defendant's tinysong.com website, which Defendant describes as "[t]he coolest and quickest way to get links to any song in the world" and to "share the links with friends via Twitter, Facebook, Tumblr, e-mail or StumbleUpon right here."

35. Defendant financially benefits from the EMI Recordings that it is exploiting on and via the Grooveshark Service by selling advertising on the Grooveshark websites.

36. Defendant also financially benefits from the EMI Recordings by selling to users an "ad-free" version of the Grooveshark Service called "Grooveshark Plus" for $6 a month.

10

37.    Defendant also financially benefits from the EMI Recordings by providing to users a "Grooveshark Anywhere" pay service, through which a user can, for $9 a month, have any recording, including any EMI Recording that is reproduced on Grooveshark's servers distributed to his or her mobile phone.

38.    Defendant is not entitled to invoke the "Safe Harbor" of the Digital Millennium Copyright Act because it specifically agreed in the Settlement Agreement and Distribution Agreement that it would not permit or allow the exploitation of any EMI Recordings unless there was an EMI Content Agreement in place. Upon the termination of the Distribution Agreement, in accordance with its specific agreement in the Settlement Agreement – an agreement entered into, along with the Distribution Agreement to specifically resolve Defendant's past unauthorized exploitation of EMI Recordings, EMI Recordings could no longer be exploited on Defendant's service and Defendant did not require any notification of the unauthorized exploitation of EMI Recordings because Defendant already knew they were unauthorized.

39.    The reproduction and distribution by Defendant of unauthorized copies of the Federal Copyright Protected Recordings, including but not limited to those listed in Exhibit B, constitute infringement of EMI's copyrights in those recordings.

40.    By knowingly encouraging, contributing to, enabling and inducing the reproduction and distribution by its users of EMI Recordings, and by financially benefitting therefrom, Defendant has contributed to or induced, and/or is vicariously liable for, the infringement of its users, in violation of EMI's copyrights in the Federal Copyright Protected Recordings.

41.    As a direct and proximate result of Defendant's willful, wanton, and reckless tortious conduct, EMI is entitled to damages and Defendant's profits in amounts to be proven at

trial, which are not currently ascertainable.  If necessary, EMI will seek leave to amend this Complaint to state the full amount of such damages and profits when such amounts have been ascertained.

42.     Alternatively, EMI is entitled to the maximum statutory damages in the amount of $150,000 with respect to each work infringed, or for such other amounts as may be proper under 17 U.S.C.§504(c).

43.     EMI is further entitled to attorneys' fees and costs pursuant to 17 U.S.C. §505.

44.     Defendant's conduct has caused, and unless enjoined by this Court will continue to cause, EMI irreparable injury that cannot be fully compensated or measured in money damages, and for which EMI has no adequate remedy at law, thus entitling it to injunctive relief prohibiting defendant from further violating plaintiff's rights in the EMI Recordings.

45.     Pursuant to Paragraph 14.12 of the Distribution Agreement, Defendant acknowledged that "any unauthorized exploitation of the EMI Content or other EMI Intellectual Property constitutes an infringement" and, therein, Defendant agreed that EMI would be entitled to injunctive relief against such unauthorized exploitation.

## AS AND FOR A SECOND CLAIM
### (Breach of Distribution Agreement)

46.     Plaintiff repeats and realleges each and every allegation set forth in Paragraphs 1 through 45 above as if more fully set forth herein

47.     Defendant entered into the Digital Distribution Agreement with EMI Music Marketing, a division of Plaintiff Capitol Records, LLC, effective as of September 24, 2009.

48.     Pursuant to the Distribution Agreement, EMI granted to Defendant the right to distribute EMI Recordings, including Pre-1972 Recordings and Federal Copyright Protected Recordings, as embodied in the Streams, in exchange for certain monthly payments, as set forth

in the Distribution Agreement. Defendant was also to furnish Sales Reports, in compliance with the detailed reporting guidelines set forth in the Distribution Agreement and in accordance with the requirements of Exhibit 2 to the Distribution Agreement.

49.    Defendant failed to make all of the monthly payments due under the Distribution Agreement for exploitations of EMI Recordings occurring on or via the Grooveshark Service for the months of December 2011 through March 22, 2012.

50.    Defendant also failed to provide any of the required Sales Reports for the months of December 2011 through March 22, 2012 in breach of the explicit requirements of Exhibit 2 to the Distribution Agreement.

51.    Defendant's failure to make payments and provide Sales Reports constitutes a material breach of the Distribution Agreement and entitled EMI to terminate the Distribution Agreement.

52.    As a result of Defendant's breach, EMI has been damaged in an amount no less than the payments due to EMI under the Distribution Agreement, the precise amount to be determined at trial, plus interest at the contractual rate of 18% per annum pursuant to Paragraph 8.2 of the Distribution Agreement until the date payment is made.

53.    Pursuant to Paragraph 2(d) of Exhibit 2 of the Distribution Agreement, Defendant agreed that, "in the event that a court in a civil action finds that [Defendant] has failed to pay or has underpaid to EMI any amounts that were due from [Defendant] to EMI hereunder, then in addition to paying such underpaid amounts, interest thereon and any other damages awarded in such an action to EMI, [Defendant] shall also pay to EMI the reasonable attorneys fees and costs incurred by EMI in connection with such civil action, and [Defendant] consents to the award of

13

such attorneys fees in such a civil action." Accordingly, EMI is also entitled to its reasonable costs and attorneys' fees pursuant to the Distribution Agreement.

<u>**AS AND FOR A THIRD CLAIM**</u>
**(Breach of Settlement Agreement)**

54.     Plaintiff repeats and realleges each and every allegation set forth in Paragraphs 1 through 53 above as if more fully set forth herein.

55.     Defendant entered into the Settlement Agreement with EMI effective as of September 24, 2009.

56.     In Paragraph 1.1 of the Settlement Agreement, Defendant agreed that from and after the effective date, it would "not allow the copying, reproduction, distribution, public performance, and/or other exploitation of EMI Recordings on, via, and/or in connection with the Grooveshark Sites . . . except pursuant to a valid, binding agreement allowing such copying, reproduction, distribution, public performance, and/or other exploitation of EMI Recordings (an 'EMI Content Agreement'), in accordance with the terms of such EMI Content Agreement."

57.     By letter dated March 22, 2012, EMI validly terminated the Distribution Agreement, effective that date.

58.     By continuing to exploit or permit the exploitation of EMI Recordings on or via the Grooveshark Service subsequent to EMI's valid termination of the Distribution Agreement on March 22, 2012, Defendant has breached paragraph 1.1 of the Settlement Agreement.

59.     As a result of Defendant's breach, EMI has been damaged in an amount to be determined at trial, plus interest.

60.     Pursuant to Paragraph 10.12 of the Settlement Agreement, Defendant agreed that, in the event of an action by EMI to enforce the payment provisions of the Settlement Agreement, "the prevailing party shall be entitled to recover its reasonable attorneys' fees and costs."

Accordingly, EMI is also entitled to reimbursement of its reasonable costs and attorneys' fees pursuant to the Settlement Agreement.

## AS AND FOR A FOURTH CLAIM
### (Unjust Enrichment)

61.     Plaintiff repeats and realleges each and every allegation set forth in Paragraphs 1 through 60 above as if more fully set forth herein.

62.     Defendant exploited or permitted the exploitation of the EMI Recordings on or via the Grooveshark Service without paying EMI under the Settlement Agreement and Distribution Agreement.

63.     Defendant has continued and continues to exploit or to permit the exploitation of EMI Recordings on or via the Grooveshark Service even after EMI properly terminated the Distribution Agreement pursuant to paragraph 13.1 thereof effective March 22, 2012.

64.     The agreed upon value for those exploitations are the payments set forth in the Distribution Agreement.

65.     Defendant has not paid EMI for the benefit of EMI's rights in the EMI Recordings, but has retained all of the revenues and other benefits received from exploiting those rights.

66.     Defendant has been enriched unjustly in an amount no less than the payments due under the Distribution Agreement, which value is equal to the amount of EMI's loss. Accordingly, Defendant is indebted to EMI, the precise amount to be determined at trial, plus interest.

## AS AND FOR A FIFTH CLAIM
### (Unfair Competition)

67.     Plaintiff repeats and realleges each and every allegation set forth in Paragraphs 1 through 66 above as if more fully set forth herein.

68.     Defendant has failed to pay EMI for the benefit of EMI's rights in the EMI Recordings.  Defendant has, nevertheless, simply appropriated the commercial value of the EMI Recordings, by unfairly and directly competing with EMI's exploitation, distribution and sale of the EMI Recordings.

69.     By continuing to exploit or to permit the exploitation of EMI Recordings on or via the Grooveshark Service, Defendant has wrongfully taken for itself the value of EMI's financial and creative investments.  Defendant's unauthorized exploitation of the EMI Recordings is likely to cause confusion, mistake or deception as to the source, sponsorship, affiliation or connection between EMI and Defendant.

70.     Defendant's conduct constitutes a misappropriation of EMI's rights in and to the EMI Recordings, and constitutes misappropriation and unfair competition under New York law.

71.     As a direct and proximate result of Defendant's conduct described herein, EMI is entitled to receive an amount no less than the payments due under the Distribution Agreement, which value is equal to the amount of EMI's loss.  Accordingly, Defendant is indebted to EMI, the precise amount to be determined at trial, plus interest.

72.     As a direct and proximate result of Defendant's conduct described herein, EMI is also entitled to receive an award of punitive damages, in an amount to be determined at trial.

### AS AND FOR A SIXTH CLAIM
#### (Direct, Contributory, Induced, and Vicarious
#### Common Law Copyright Infringement)

73.     Plaintiff repeats and realleges each and every allegation set forth in Paragraphs 1 through 72 above as if more fully set forth herein.

74.     The Pre-1972 Recordings are unique intellectual property subject to common law copyright protection under the law of the State of New York.

75.     As the owner or exclusive licensee of valid common law copyrights in and to the Pre-1972 Recordings, EMI possesses the exclusive rights to manufacture, copy, sell, distribute, and otherwise exploit the Pre-1972 Recordings, and license, or refrain from licensing, others to do so.

76.     As set forth in detail in Paragraph 31 through 39 above, the reproduction and distribution by Defendant of unauthorized copies of the Pre-1972 Recordings, including but not limited to those listed in Exhibit A, constitute infringement of EMI's common law copyrights in those recordings.

77.     By knowingly encouraging, contributing to, enabling and inducing the reproduction and distribution by its users of Pre-1972 Recordings, and by financially benefitting therefrom, Defendant has contributed to or induced, and/or is vicariously liable for, the infringement of its users, in violation of EMI's common law copyrights in the Pre-1972 Recordings.

78.     As a direct and proximate result of Defendant's willful, wanton, and reckless tortious conduct, EMI is entitled to compensatory and punitive damages in such amounts as proven at trial.

17

79.     Defendant's conduct has caused, and unless enjoined by this Court will continue to cause, EMI irreparable injury that cannot be fully compensated or measured in money damages, and for which EMI has no adequate remedy at law, thus entitling it to injunctive relief prohibiting Defendant from further violating Plaintiff's rights in the Pre-1972 Recordings.

WHEREFORE, Plaintiff respectfully prays for judgment as follows:

1.     On its First Claim for Relief against Defendant, damages in an amount to be determined at trial, plus interest, plus attorneys' fees, costs and injunctive relief;

2.     On its Second Claim for Relief against Defendant, damages in an amount to be determined at trial, plus interest and reimbursement of costs and attorneys' fees as provided in the Distribution Agreement;

3.     On its Third Claim for Relief against Defendant, an order requiring Defendant to account to Plaintiff for all payments and other monies arising from Defendant's exploitation of the rights granted by EMI to Defendant pursuant to the Distribution Agreement, including providing all information required for Plaintiff to calculate payments at the rates set forth in the Distribution Agreement, plus reimbursement of costs and attorneys' fees as provided in the Settlement Agreement;

4.     On its Fourth Claim for Relief against Defendant, damages in an amount to be determined at trial, plus interest;

5.     On its Fifth Claim for Relief against Defendant, damages in an amount to be determined at trial, plus interest; and

6.     On its Sixth Claim for Relief against Defendant, damages in an amount to be determined at trial, plus interest and injunctive relief; and

7.     An award of such other and further relief as the Court deems just and proper.

Dated:  New York, New York
       August 30, 2012

PRYOR CASHMAN LLP

By: _____
Donald S. Zakarin
Ilene S. Farkas
Frank P. Scibilia
7 Times Square
New York, New York 10036-6569
(212) 421-4100

*Attorneys for Plaintiff*

# EXHIBIT A

| | ARTIST | TRACK | URL |
|---|---|---|---|
| 1 | Pink Floyd | Astronomy Domine | http://grooveshark.com/#!/s/Astronomy+Domine/4LzPaU?src=5 |
| 2 | Pink Floyd | Flaming | http://grooveshark.com/#!/s/Flaming/4LzP3?src=5 |
| 3 | Pink Floyd | Interstellar Overdrive | http://grooveshark.com/#!/s/Interstellar+Overdrive/4Lz2Pw?src=5 |
| 4 | Pink Floyd | Lucifer Sam | http://grooveshark.com/#!/s/Lucifer+Sam/4LzPjG?src=5 |
| 5 | Pink Floyd | Matilda Mother | http://grooveshark.com/#!/s/Matilda+Mother/4LzPnG?src=5 |
| 6 | Pink Floyd | Part Four (Sysyphus) | http://grooveshark.com/#!/s/4/4yuvQ?src=5 |
| 7 | Pink Floyd | Part One (Sysyphus) | http://grooveshark.com/#!/s/4/4yuvQ?src=5 |
| 8 | Pink Floyd | Part Three (The Narrow Way) | http://grooveshark.com/#!/s/3/4yuwPC?src=5 |
| 9 | Pink Floyd | Part Two (The Narrow Way) | http://grooveshark.com/#!/s/2/4yuwzh?src=5 |
| 10 | Pink Floyd | Pow R. Toc H. | http://grooveshark.com/#!/s/Pow+R+Toc+H/4LzPsG?src=5 |
| 11 | Pink Floyd | Take Up Thy Stethoscope and Walk | http://grooveshark.com/#!/s/Take+Up+Thy+Stethoscope+And+Walk/4LzPwd?src=5 |
| 12 | Pink Floyd | The Gnome | http://grooveshark.com/#!/s/TheGnome/4LzPGm?src=5 |
| 13 | The Beatles | A Day in the Life | http://grooveshark.com/#!/s/A+Day+In+The+Life/4LlNS7z?src=5 |
| 14 | The Beatles | Across the Universe | http://grooveshark.com/#!/s/Across+The+Universe/4LlNSm?src=5 |
| 15 | The Beatles | All You Need is Love | http://grooveshark.com/#!/s/All+You+Need+Is+Love/4LlNS9?src=5 |
| 16 | The Beatles | And I Love Her | http://grooveshark.com/#!/s/And+I+Love+Her/4LlNSpe?src=5 |
| 17 | The Beatles | Ask Me Why | http://grooveshark.com/#!/s/Ask+Me+Why/4aBAh0?src=5 |
| 18 | The Beatles | Back In The USSR | http://grooveshark.com/#!/s/Back+In+The+U+s+S+R/4LlNSuA?src=5 |
| 19 | The Beatles | Blackbird | http://grooveshark.com/#!/s/Blackbird/4LlNSBu?src=5 |
| 20 | The Beatles | Come Together | http://grooveshark.com/#!/s/Come+Together/4LlNSIX?src=5 |
| 21 | The Beatles | Do You Want To Know A Secret | http://grooveshark.com/#!/s/Do+You+Want+To+Know+A+Secret/4LlNSPz?src=5 |
| 22 | The Beatles | Eleanor Rigby | http://grooveshark.com/#!/s/Eleanor+Rigby/4LlNSW?src=5 |
| 23 | The Beatles | For No One | http://grooveshark.com/#!/s/For+No+One/4LlNT1f?src=5 |
| 24 | The Beatles | Get Back | http://grooveshark.com/#!/s/Get+Back/4LlNTa?src=5 |
| 25 | The Beatles | Hello Goodbye | http://grooveshark.com/#!/s/Hello+Goodbye/4LlNTlP?src=5 |
| 26 | The Beatles | Here Comes The Sun | http://grooveshark.com/#!/s/Here+Comes+The+Sun/4LlNTq?src=5 |
| 27 | The Beatles | Here There And Everywhere | http://grooveshark.com/#!/s/Here+There+And+Everywhere/4LlNTv?src=5 |
| 28 | The Beatles | Hey Jude | http://grooveshark.com/#!/s/Hey+Jude/4LlNTJ?src=5 |
| 29 | The Beatles | I Am the Walrus | http://grooveshark.com/#!/s/I+Am+The+Walrus/4LlNTU?src=5 |
| 30 | The Beatles | I Me Mine | http://grooveshark.com/#!/s/The+Beatles+I+Me+Mine/4LlNU?src=5 |
| 31 | The Beatles | Let It Be | http://grooveshark.com/#!/s/Let+It+Be/4LlNU9?src=5 |
| 32 | The Beatles | Lady Madonna | http://grooveshark.com/#!/s/Lady+Madonna/4LlNE?src=5 |
| 33 | The Beatles | Love Me Do | http://grooveshark.com/#!/s/Love+Me+Do/4agCGe?src=5 |
| 34 | The Beatles | Lucy In The Sky With Diamonds | http://grooveshark.com/#!/s/Lucy+In+The+Sky+With+Diamonds/4LlNU9?src=5 |
| 35 | The Beatles | Magical Mystery Tour | http://grooveshark.com/#!/s/Magical+Mystery+Tour/4LlNWs?src=5 |
| 36 | The Beatles | Michelle | http://grooveshark.com/#!/s/Michelle/4LlNV7?src=5 |
| 37 | The Beatles | Norwegian Wood | http://grooveshark.com/#!/s/Norwegian+Wood/4LlNVA?src=5 |
| 38 | The Beatles | Nowhere Man | http://grooveshark.com/#!/s/Nowhere+Man/4LlNUk?src=5 |
| 39 | The Beatles | Octopus' Garden | http://grooveshark.com/#!/s/Octopus+s+Garden/4LlNUP?src=5 |
| 40 | The Beatles | Penny Lane | http://grooveshark.com/#!/s/Penny+Lane/4LlNUs?src=5 |
| 41 | The Beatles | Please Please Me | http://grooveshark.com/#!/s/Please+Please+Me/4ag85m?src=5 |
| 42 | The Beatles | Sgt. Pepper's Lonely Hearts Club Band | http://grooveshark.com/#!/s/Sgt+Pepper+s+Lonely+Hearts+Club+Band/4LlNV3?src=5 |
| 43 | The Beatles | She's Leaving Home | http://grooveshark.com/#!/s/She+s+Leaving+Home/4LlNVa?src=5 |
| 44 | The Beatles | Something | http://grooveshark.com/#!/s/Something/4LlNVf?src=5 |
| 45 | The Beatles | Strawberry Fields | http://grooveshark.com/#!/s/Strawberry+Fields+Forever/4LlNVx?src=5 |
| 46 | The Beatles | The Fool On The Hill | http://grooveshark.com/#!/s/The+Fool+On+The+Hill/4LlNVx?src=5 |
| 47 | The Beatles | The Long And Winding Road | http://grooveshark.com/#!/s/The+Long+And+Winding+Road/4LlNVDo?src=5 |
| 48 | The Beatles | Til There Was You | http://grooveshark.com/#!/s/Till+There+Was+You/4LlNVE?src=5 |
| 49 | The Beatles | Twist & Shout | http://grooveshark.com/#!/s/The+Beatles/3Y8G2Z?src=5 |
| 50 | The Beatles | While My Guitar Gently Weeps | http://grooveshark.com/#!/s/While+My+Guitar+Gently+Weeps/4LlNVOn?src=5 |
| 51 | The Beatles | With A Little Help From My Friends | http://grooveshark.com/#!/s/With+A+Little+Help+From+My+Friends/4LlNVd?src=5 |
| 52 | The Beatles | Yesterday | http://grooveshark.com/#!/s/Yesterday/4LlNVm?src=5 |

# EXHIBIT B

| # | ARTIST | TRACK | ALBUM | SR | URL |
|---|---|---|---|---|---|
| 1 | Blur | Bugman | 13 | SR175172 | http://grooveshark.com/ |
| 2 | Blur | Coffee & TV | 13 | SR175172 | http://grooveshark.com/ |
| 3 | Blur | Swamp Song | 13 | SR175172 | http://grooveshark.com/ |
| 4 | Blur | 1992 | 13 | SR175172 | http://grooveshark.com/ |
| 4 | Blur | BLUREMI | 13 | SR175172 | http://grooveshark.com/ |
| 5 | Blur | Battle | 13 | SR175172 | http://grooveshark.com/ |
| 6 | Blur | Mellow Song | 13 | SR175172 | http://grooveshark.com/ |
| 7 | Blur | Trailerpark | 13 | SR175172 | http://grooveshark.com/ |
| 8 | Blur | Caramel | 13 | SR175172 | http://grooveshark.com/ |
| 9 | Blur | Trimm Trabb | 13 | SR175172 | http://grooveshark.com/ |
| 10 | Blur | No Distance Left To Run | 13 | SR175172 | http://grooveshark.com/ |
| 11 | Blur | Optigan 1 | 13 | SR231938 | http://grooveshark.com/ |
| 12 | Blur | Song 2 | 13 | SR231938 | http://grooveshark.com/ |
| 13 | Blur | | Blur | | http://grooveshark.com/ |
| 14 | Blur | Advert | Modern Life Is Rubbish | SR845280 | http://grooveshark.com/ |
| 15 | Blur | Pressure on Julian | Modern Life Is Rubbish | SR845280 | http://grooveshark.com/ |
| 16 | Blur | Star Shaped | Modern Life Is Rubbish | SR845280 | http://grooveshark.com/ |
| 17 | Blur | Blue Jeans | Modern Life Is Rubbish | SR845280 | http://grooveshark.com/ |
| 18 | Blur | Tracy Jacks | Modern Life Is Rubbish | SR845280 | http://grooveshark.com/ |
| 19 | Blur | Chemical World | Modern Life Is Rubbish | SR845280 | http://grooveshark.com/ |
| 20 | Blur | Intermission | Modern Life Is Rubbish | SR845280 | http://grooveshark.com/ |
| 21 | Blur | Oily Water | Modern Life Is Rubbish | SR845280 | http://grooveshark.com/ |
| 22 | Blur | Villa Rosie | Modern Life Is Rubbish | SR845280 | http://grooveshark.com/ |
| 23 | Blur | Turn it Up | Modern Life Is Rubbish | SR845280 | http://grooveshark.com/ |
| 23 | Blur | Resigned / Commercial Break | Modern Life Is Rubbish | SR845280 | http://grooveshark.com/ |
| 24 | Blur | Young And Lovely | Modern Life Is Rubbish | SR845280 | http://grooveshark.com/ |
| 25 | Blur | | Parklife | SR845517 | http://grooveshark.com/ |
| 26 | Blur | End of A Century | Parklife | SR845517 | http://grooveshark.com/ |
| 27 | Blur | Parklife | Parklife | SR845517 | http://grooveshark.com/ |
| 28 | Blur | Bank Holiday | Parklife | SR845517 | http://grooveshark.com/ |
| 29 | Blur | Debt Collector | Parklife | SR845517 | http://grooveshark.com/ |
| 30 | Blur | Far Out | Parklife | SR845517 | http://grooveshark.com/ |
| 31 | Blur | To The End | Parklife | SR845517 | http://grooveshark.com/ |
| 32 | Blur | London Loves | Parklife | SR845517 | http://grooveshark.com/ |
| 33 | Blur | Trouble in the Message Centre | Parklife | SR845517 | http://grooveshark.com/ |
| 34 | Blur | This Is A Low | Parklife | SR845517 | http://grooveshark.com/ |
| 35 | Blur | Jubilee | Parklife | SR845517 | http://grooveshark.com/ |
| 36 | Coldplay | Don't Panic | Parachutes | SR828762 | http://grooveshark.com/ |
| 37 | Coldplay | Shiver | Parachutes | SR828762 | http://grooveshark.com/ |
| 38 | Coldplay | Spies | Parachutes | SR828762 | http://grooveshark.com/ |
| 39 | Coldplay | Yellow | Parachutes | SR828762 | http://grooveshark.com/ |
| 40 | Coldplay | Politik | Rush Of Blood To The Head | SR322558 | http://grooveshark.com/ |
| 41 | Coldplay | In My Place | Rush Of Blood To The Head | SR322558 | http://grooveshark.com/ |
| 42 | Coldplay | The Scientist | Rush Of Blood To The Head | SR322558 | http://grooveshark.com/ |
| 43 | Coldplay | The Scientist | Rush Of Blood To The Head | SR322558 | http://grooveshark.com/ |
| 43 | Coldplay | Clocks | Rush Of Blood To The Head | SR322558 | http://grooveshark.com/ |
| 44 | Coldplay | Warning Sign | Rush Of Blood To The Head | SR322558 | http://grooveshark.com/ |
| 45 | Coldplay | Rush Of Blood To The Head | Rush Of Blood To The Head | SR322558 | http://grooveshark.com/ |
| 46 | Coldplay | Violet Hill | single | SR652911 | http://grooveshark.com/ |
| 47 | Coldplay | Violet Hill | Viva La Vida Or Death And All His Friends | SR652911 | http://grooveshark.com/ |
| 48 | Coldplay | Viva La Vida | Viva La Vida Or Death And All His Friends | SR652909 | http://grooveshark.com/ |
| 49 | Coldplay | Low | X&Y | SR376828 | http://grooveshark.com/ |
| 50 | Coldplay | Square One | X&Y | SR376828 | http://grooveshark.com/ |
| 51 | Coldplay | What If | X&Y | SR376828 | http://grooveshark.com/ |
| 52 | Coldplay | Fix You | X&Y | SR376828 | http://grooveshark.com/ |
| 53 | Coldplay | Talk | X&Y | SR376828 | http://grooveshark.com/ |
| 54 | Coldplay | A Message | X&Y | SR376828 | http://grooveshark.com/ |
| 55 | Coldplay | The Hardest Part | X&Y | SR376828 | http://grooveshark.com/ |
| 56 | Coldplay | Swallowed By The Sea | X&Y | SR376828 | http://grooveshark.com/ |

| | ARTIST | TRACK | ALBUM | SR | URL |
|---|---|---|---|---|---|
| 57 | Coldplay | Twisted Logic | X&Y | SR878828 | http://grooveshark.com/#/s/Coldplay+x+and+x+123+Twisted+Logic/4JHRWd7zrcs5 |
| 58 | Darius Rucker | Come Back Song | Charleston, SC 1966 | SR669904 | http://grooveshark.com/#/s/Come+Back+Song/4Hf2pd7zrcs5 |
| 59 | Darius Rucker | In A Big Way | Charleston, SC 1966 | SR669902 | http://grooveshark.com/#/s/In+A+Big+Way/4dJBbf7zrcs5 |
| 60 | Darius Rucker | She's Beautiful | Charleston, SC 1966 | SR669902 | http://grooveshark.com/#/s/She+s+Beautiful/4Zg16f7zrcs5 |
| 61 | Darius Rucker | Don't Care (feat. Brad Paisley) | Charleston, SC 1966 | SR669902 | http://grooveshark.com/#/s/Don+t+Care+feat+Brad+Paisley/4pJaV7zrcs5 |
| 62 | Darius Rucker | We All Fall Down | Charleston, SC 1966 | SR669902 | http://grooveshark.com/#/s/We+All+Fall+Down/4pj4b7zrcs5 |
| 63 | Darius Rucker | Things I'd Never Do | Charleston, SC 1966 | SR669902 | http://grooveshark.com/#/s/Things+I+d+Never+Do/4qBJpV7zrcs5 |
| 64 | Darius Rucker | The Craziest Thing | Charleston, SC 1966 | SR669902 | http://grooveshark.com/#/s/The+Craziest+Thing/4qVdkp7zrcs5 |
| 65 | Darius Rucker | Love Will Do That | Charleston, SC 1966 | SR669902 | http://grooveshark.com/#/s/Love+Will+Do+That/4Jb4qv7zrcs5 |
| 66 | Darius Rucker | Southern State Of Mind | Charleston, SC 1966 | SR669902 | http://grooveshark.com/#/s/Southern+State+Of+Mind/4qj8pd7zrcs5 |
| 67 | Darius Rucker | Whiskey And You | Charleston, SC 1966 | SR669902 | http://grooveshark.com/#/s/Whiskey+and+You/4dJpBd7zrcs5 |
| 68 | Darius Rucker | Might Get Lucky | Charleston, SC 1966 | SR669902 | http://grooveshark.com/#/s/Might+Get+Lucky/4Jap1V7zrcs5 |
| 69 | Darius Rucker | This | Charleston, SC 1966 | SR669902 | http://grooveshark.com/#/s/This/4qJ017zrcs5 |
| 70 | Darius Rucker | While I Still Got The Time | Charleston, SC 1966 | SR669902 | http://grooveshark.com/#/s/While+I+Still+Got+The+Time/4qJ8b7zrcs5 |
| 71 | Darius Rucker | It Won't Be Like This For Long | Learn To Live | SR653366 | http://grooveshark.com/#/s/It+Won+t+Be+Like+This+For+Long/4qJ8kB7zrcs5 |
| 72 | Darius Rucker | History In The Making | Learn To Live | SR653366 | http://grooveshark.com/#/s/History+In+The+Making/4qJ8kd7zrcs5 |
| 73 | Darius Rucker | Don't Think I Don't Think About It | Learn To Live | SR653367 | http://grooveshark.com/#/s/Don+t+Think+I+Don+t+Think+About+It/4qJ8qd7zrcs5 |
| 74 | Darius Rucker | All I Want | Learn To Live | SR653366 | http://grooveshark.com/#/s/All+I+Want/4qJ8kb7zrcs5 |
| 75 | Eric Church | Smoke A Little Smoke | Carolina | SR658836 | http://grooveshark.com/#/s/Smoke+A+Little+Smoke/4qZp7zrcs5 |
| 76 | Eric Church | Love Your Love The Most | Carolina | SR655709 | http://grooveshark.com/#/s/Love+Your+Love+The+Most/4fQmJd7zrcs5 |
| 77 | Eric Church | Carolina | Carolina | SR655711 | http://grooveshark.com/#/s/Carolina/4JG8Mf7zrcs5 |
| 78 | Eric Church | Lotta Boot Left To Fill | Carolina | SR658836 | http://grooveshark.com/#/s/Lotta+Boot+Left+To+Fill/4Jf24V7zrcs5 |
| 79 | Eric Church | Hometown | Carolina | SR681020 | http://grooveshark.com/#/s/Hometown/4qjWJd7zrcs5 |
| 80 | Eric Church | Drink In My Hand | Chief | SR681019 | http://grooveshark.com/#/s/Drink+In+My+Hand/4qBJpd7zrcs5 |
| 81 | Eric Church | Springsteen | Chief | SR681019 | http://grooveshark.com/#/s/Springsteen/4qO7zrcs5 |
| 82 | Eric Church | Jack Daniels | Chief | SR681019 | http://grooveshark.com/#/s/Jack+Daniels/4JHDKV7zrcs5 |
| 83 | Eric Church | Country Music Jesus | Chief | SR681019 | http://grooveshark.com/#/s/Country+Music+Jesus/4J88B97zrcs5 |
| 84 | Eric Church | Take Care | Chief | SR681019 | http://grooveshark.com/#/s/Take+Care/4q0t5b7zrcs5 |
| 85 | Hot Chip | The Beach Party | Coming On Strong | SR892021 | http://grooveshark.com/#/s/The+Beach+Party/4Jq4m87zrcs5 |
| 86 | Hot Chip | Keep Fallin' | Coming On Strong | SR892021 | http://grooveshark.com/#/s/Keep+Fallin/4fddhb7zrcs5 |
| 87 | Hot Chip | Playboy | Coming On Strong | SR892021 | http://grooveshark.com/#/s/Playboy/4qVaVf7zrcs5 |
| 88 | Hot Chip | Crap Kraft Dinner | Coming On Strong | SR892021 | http://grooveshark.com/#/s/Crap+Kraft+Dinner/4qQBJS7zrcs5 |
| 89 | Hot Chip | Down With Prince | Coming On Strong | SR892021 | http://grooveshark.com/#/s/Down+With+Prince/4DbDPw7zrcs5 |
| 90 | Hot Chip | Bad Luck | Coming On Strong | SR892021 | http://grooveshark.com/#/s/Bad+Luck/4Jb8b7zrcs5 |
| 91 | Hot Chip | You Ride, We Ride, In My Ride | Coming On Strong | SR892021 | http://grooveshark.com/#/s/You+Ride+We+Ride+In+My+Ride/4qVpKp7zrcs5 |
| 92 | Hot Chip | Shining Escalade | Coming On Strong | SR892021 | http://grooveshark.com/#/s/Shining+Escalade/4qj6f87zrcs5 |
| 93 | Hot Chip | Baby Said | Coming On Strong | SR892021 | http://grooveshark.com/#/s/Baby+Said/4JbDD77zrcs5 |
| 94 | Hot Chip | One One One | Coming On Strong | SR892021 | http://grooveshark.com/#/s/One+One+One/4JG9p37zrcs5 |
| 95 | Hot Chip | A-B-C | Coming On Strong | SR892021 | http://grooveshark.com/#/s/A+B+C/4J8kCf7zrcs5 |
| 96 | Hot Chip | Hittin' Skittles | Coming On Strong | SR662705 | http://grooveshark.com/#/s/Hittin+Skittles/4JBbr7zrcs5 |
| 97 | Hot Chip | From Drummer To Drummer | Coming On Strong | SR662705 | http://grooveshark.com/#/s/From+Drummer+To+Drummer/4JBMf7zrcs5 |
| 98 | Hot Chip | Touch Too Much | Made In The Dark | SR662705 | http://grooveshark.com/#/s/Touch+Too+Much/4q0k07zrcs5 |
| 99 | Hot Chip | Hold On | Made In The Dark | SR842644 | http://grooveshark.com/#/s/Hold+On/4qKo7zrcs5 |
| 100 | Hot Chip | Made In The Dark | Made In The Dark | SR842644 | http://grooveshark.com/#/s/Made+In+The+Dark/4qOSbT7zrcs5 |
| 101 | Hot Chip | Wrestlers | Made In The Dark | SR842644 | http://grooveshark.com/#/s/Wrestlers/4qOSbp7zrcs5 |
| 102 | Hot Chip | Don't Dance | Made In The Dark | SR842644 | http://grooveshark.com/#/s/Don+t+Dance/4qOSbP7zrcs5 |
| 103 | Hot Chip | Careful | The Warning | SR842644 | http://grooveshark.com/#/s/Careful/4qjmV7zrcs5 |
| 104 | Hot Chip | And I Was A Boy From School | The Warning | SR620090 | http://grooveshark.com/#/s/And+I+Was+A+Boy+From+School/3hef2f7zrcs5 |
| 105 | Hot Chip | Colours | The Warning | SR823938 | http://grooveshark.com/#/s/Colours/4ApCD7zrcs5 |
| 106 | Hot Chip | Over and Over | The Warning | SR818697 | http://grooveshark.com/#/s/Over+and+Over/4dBrBf7zrcs5 |
| 107 | Hot Chip | Just Like We Breakdown | The Warning | SR818697 | http://grooveshark.com/#/s/Just+Like+We+breakdown/4qVp97zrcs5 |
| 108 | Hot Chip | Tchaparian | The Warning | SR818697 | http://grooveshark.com/#/s/Tchaparian/4q0t3A7zrcs5 |
| 109 | Hot Chip | Look After Me | The Warning | SR818697 | http://grooveshark.com/#/s/Look+After+Me/4q0t3d7zrcs5 |
| 110 | Hot Chip | The Warning | The Warning | SR818697 | http://grooveshark.com/#/s/The+Warning/4q0t3p7zrcs5 |
| 111 | Hot Chip | Arrest Yourself | The Warning | SR818697 | http://grooveshark.com/#/s/Arrest+Yourself/4qjm87zrcs5 |
| 112 | Hot Chip | So Glad To See You | The Warning | SR818697 | http://grooveshark.com/#/s/So+Glad+To+See+You/3Ja14b7zrcs5 |

| | ARTIST | TRACK | ALBUM | SR | URL |
|---|---|---|---|---|---|
| 113 | Hot Chip | No Fit State | The Warning | SR618697 | http://rcopewthark.com/II/n/No+Fit+State/4q0P3zrcc5 |
| 114 | Hot Chip | Out At The Pictures | Made In The Dark | SR642644 | http://rcopewthark.com/II/O/Out+At+The+Pictures/WS3zrcc5 |
| 115 | Hot Chip | Shake A Fist | Made In The Dark | SR642542 | http://rcopewthark.com/II/s/Shake+A+Fist/4qDGp3zrcc5 |
| 116 | Hot Chip | Thieves In The Night | Made In The Dark | SR642542 | http://rcopewthark.com/II/t/Thieves+In+The+Night/4gDGp3zrcc5 |
| 117 | Hot Chip | Hand Me Down Your Love | One Life Stand | SR644550 | http://rcopewthark.com/II/h/Hand+Me+Down+Your+Love/4pQbp7zrcc5 |
| 118 | Hot Chip | I Feel Better | One Life Stand | SR644550 | http://rcopewthark.com/II/i/I+Feel+Better/4pQbp7zrcc5 |
| 119 | Hot Chip | Slush | One Life Stand | SR644550 | http://rcopewthark.com/II/s/Slush/4pQbp7zrcc5 |
| 120 | Hot Chip | Alley Cats | One Life Stand | SR644550 | http://rcopewthark.com/II/a/Alley+Cats/4pQbp7zrcc5 |
| 121 | Hot Chip | We Have Love | One Life Stand | SR644550 | http://rcopewthark.com/II/w/We+Have+Love/4pQbp7zrcc5 |
| 122 | Hot Chip | Keep Quiet | One Life Stand | SR644550 | http://rcopewthark.com/II/k/Keep+Quiet/4pQbp7zrcc5 |
| 123 | Hot Chip | Take It In | One Life Stand | SR644550 | http://rcopewthark.com/II/t/Take+It+In/4pQbp7zrcc5 |
| 124 | Katy Perry | Waking Up In Vegas | One Of The Boys | SR638214 | http://rcopewthark.com/II/w/Wake+Up+In+Vegas/3Vi3kR7zrcc5 |
| 125 | Katy Perry | Hot 'N Cold | One Of The Boys | SR638214 | http://rcopewthark.com/II/h/Hot+N+Cold/4BWBH5?zrcc5 |
| 126 | Katy Perry | One of the Boys | One Of The Boys | SR638214 | http://rcopewthark.com/II/O/One+Of+The+Boys/4g04tR7zrcc5 |
| 127 | Katy Perry | Thinking of You | One Of The Boys | SR638214 | http://rcopewthark.com/II/t/Thinking+Of+You/4G4ttR7zrcc5 |
| 128 | Katy Perry | I Kissed a Girl | One Of The Boys | SR638212 | http://rcopewthark.com/II/i/I+Kissed+A+Girl/4WttN7zrcc5 |
| 129 | Katy Perry | Mannequin | single | SR638214 | http://rcopewthark.com/II/m/Mannequin/4WQt8grcc5 |
| 130 | Katy Perry | Ur So Gay | single | SR638213 | http://rcopewthark.com/II/u/Ur+So+Gay/4GUMkL7zrcc5 |
| 131 | Katy Perry | If You Can Afford Me | One Of The Boys | SR638214 | http://rcopewthark.com/II/i/If+You+Can+Afford+Me/4ep6hY7zrcc5 |
| 132 | Katy Perry | Fingerprints | One Of The Boys | SR638214 | http://rcopewthark.com/II/f/Fingerprints/4gV9R7zrcc5 |
| 133 | Katy Perry | I'm Still Breathing | One Of The Boys | SR638214 | http://rcopewthark.com/II/i/I'm+Still+Breathing/4gV9R7zrcc5 |
| 134 | Katy Perry | E.T. feat. Kanye West | single | SR681293 | http://rcopewthark.com/II/e/E.T.+feat+Kanye+West/3Ng9R3zrcc5 |
| 135 | Katy Perry | Part Of Me | single | SR695742 | http://rcopewthark.com/II/p/Part+Of+Me/3rG9QO7zrcc5 |
| 136 | Katy Perry | Teenage Dream | Single | SR662267 | http://rcopewthark.com/II/t/Teenage+Dream/3rStU7zrcc5 |
| 137 | Katy Perry | California Gurls | single | SR662264 | http://rcopewthark.com/II/c/California+Gurls/2tMYx47zrcc5 |
| 138 | Katy Perry | I Kissed A Girl | single | SR638212 | http://rcopewthark.com/II/i/I+Kissed+A+Girl/2tMYx47zrcc5 |
| 139 | Katy Perry | Peacock | Teenage Dream | SR662268 | http://rcopewthark.com/II/p/Peacock/4GV93?zrcc5 |
| 140 | Katy Perry | Firework | Teenage Dream | SR662268 | http://rcopewthark.com/II/f/Firework/4GV93?zrcc5 |
| 141 | Katy Perry | Last Friday Night (T.G.I.F.) | Teenage Dream | SR662268 | http://rcopewthark.com/II/l/Last+Friday+Night/4GV93?zrcc5 |
| 142 | Katy Perry | Teenage Dream | Teenage Dream: The Complete Confection | SR662268 | http://rcopewthark.com/II/t/Teenage+Dream/4GV93?zrcc5 |
| 143 | Katy Perry | Wide Awake | Teenage Dream; The Complete Confection | SR695553 | http://rcopewthark.com/II/w/Wide+Awake/4GU3kl3zrcc5 |
| 144 | Lady Antebellum | Can't Take My Eyes Off You | Lady Antebellum | SR644543 | http://rcopewthark.com/II/c/Can+t+Take+My+Eyes+Off+You/4ilw9R7zrcc5 |
| 145 | Lady Antebellum | Need You Now | Need You Now | SR656986 | http://rcopewthark.com/II/n/Need+You+Now/4tt4Vyzrcc5 |
| 146 | Lady Antebellum | When You Got A Good Thing | Need You Now | SR644543 | http://rcopewthark.com/II/w/When+You+Got+A+Good+Thing/4kVo9z7zrcc5 |
| 147 | Lady Antebellum | Just A Kiss | Single | SR679267 | http://rcopewthark.com/II/j/Just+A+Kiss/4qJbT7zrcc5 |
| 148 | Lady Antebellum | American Honey | Own The Night | SR645544 | http://rcopewthark.com/II/a/American+Honey/0xVV9?zrcc5 |
| 149 | LCD Soundsystem | Daft Punk Is Playing At My House | LCD Soundsystem | SR623688 | http://rcopewthark.com/II/d/Daft+Punk+Is+Playing+At+My+House/4gP6Cl7zrcc5 |
| 150 | LCD Soundsystem | Too Much Love | LCD Soundsystem | SR623688 | http://rcopewthark.com/II/t/Too+Much+Love/4gP6Cl7zrcc5 |
| 151 | LCD Soundsystem | Tribulations | LCD Soundsystem | SR623688 | http://rcopewthark.com/II/t/Tribulations/4gP6Cl7zrcc5 |
| 152 | LCD Soundsystem | Movement | LCD Soundsystem | SR623688 | http://rcopewthark.com/II/m/Movement/4gP6Cl7zrcc5 |
| 153 | LCD Soundsystem | Never As Tired As When I'm Waking Up | LCD Soundsystem | SR623688 | http://rcopewthark.com/II/n/Never+As+Tired+As+When+I'm+Waking+Up/4gP6Cl7zrcc5 |
| 154 | LCD Soundsystem | On Repeat | LCD Soundsystem | SR623688 | http://rcopewthark.com/II/o/On+Repeat/4gP6Cl7zrcc5 |
| 155 | LCD Soundsystem | Thrills | LCD Soundsystem | SR623688 | http://rcopewthark.com/II/t/Thrills/4gP6Cl7zrcc5 |
| 156 | LCD Soundsystem | Great Release | LCD Soundsystem | SR623688 | http://rcopewthark.com/II/g/Great+Release/4gP6Cl7zrcc5 |
| 157 | LCD Soundsystem | Yr City's A Sucker | LCD Soundsystem | SR623688 | http://rcopewthark.com/II/y/Yr+City+s+A+Sucker/4gP6Cl7zrcc5 |
| 158 | LCD Soundsystem | Get Innocuous! | Sound of Silver | SR647786 | http://rcopewthark.com/II/g/Get+Innocuous/4v2NNzrcc5 |
| 159 | LCD Soundsystem | Time to Get Away | Sound of Silver | SR647786 | http://rcopewthark.com/II/t/Time+To+Get+Away/4v2NNzrcc5 |
| 160 | LCD Soundsystem | North American Scum | Sound of Silver | SR647785 | http://rcopewthark.com/II/n/North+American+Scum/4v2NNzrcc5 |
| 161 | LCD Soundsystem | Someone Great | Sound of Silver | SR647786 | http://rcopewthark.com/II/s/Someone+Great/4q3lM7zrcc5 |
| 162 | LCD Soundsystem | All My Friends | Sound of Silver | SR647786 | http://rcopewthark.com/II/a/All+My+Friends/4q?M7zrcc5 |
| 163 | LCD Soundsystem | Us v Them | Sound of Silver | SR647786 | http://rcopewthark.com/II/u/Us+v+Them/4v2NbL7zrcc5 |
| 164 | LCD Soundsystem | Watch The Tapes | Sound of Silver | SR647786 | http://rcopewthark.com/II/w/Watch+The+Tapes/4vAz4l7zrcc5 |
| 165 | LCD Soundsystem | Sound of Silver | Sound of Silver | SR647786 | http://rcopewthark.com/II/s/Sound+Of+Silver/4v2TzT7zrcc5 |
| 166 | LCD Soundsystem | New York, I Love You But You're Bringing Me Down | Sound of Silver | SR647786 | http://rcopewthark.com/II/n/New+York+I+Love+You+But+You're+Bringing+Me+Down/4v2TMx7zrcc5 |
| 167 | LCD Soundsystem | Dance Yrself Clean | This is Happening | SR669897 | http://rcopewthark.com/II/d/Dance+Yrself+Clean/4lCVww7zrcc5 |
| 168 | LCD Soundsystem | Drunk Girls | This is Happening | SR669894 | http://rcopewthark.com/II/d/Drunk+Girls/4gll8R7zrcc5 |

| # | ARTIST | TRACK | ALBUM | SR | URL |
|---|--------|-------|-------|----|-----|
| 169 | LCD Soundsystem | One Touch | This is Happening | SR698997 | http://grooveshark.com/#/s/One+Touch/4g8tm2?src5 |
| 170 | LCD Soundsystem | All I Want | This is Happening | SR698994 | http://grooveshark.com/#/s/All+I+Want/4jfU7?src5 |
| 171 | LCD Soundsystem | I Can Change | This is Happening | SR698997 | http://grooveshark.com/#/s/I+Can+Change/4j8dt?src5 |
| 172 | LCD Soundsystem | Home | This is Happening | SR698997 | http://grooveshark.com/#/s/Home/4j1?src5 |
| 173 | LCD Soundsystem | Pow Pow | This is Happening | SR698997 | http://grooveshark.com/#/s/Pow+Pow/4g?src5 |
| 174 | LCD Soundsystem | Somebody's Calling Me | This is Happening | SR698997 | http://grooveshark.com/#/s/Somebody+s+Calling+Me/4g8tm2?src5 |
| 175 | LCD Soundsystem | You Wanted A Hit | This is Happening | SR698997 | http://grooveshark.com/#/s/You+Wanted+A+Hit/4g8tm2?src5 |
| 176 | Lily Allen | LDN | single | SR392060 | http://grooveshark.com/#/s/LDN/3?src5 |
| 177 | Lily Allen | Smile | single | SR392059 | http://grooveshark.com/#/s/Smile/3?src5 |
| 178 | Lily Allen | Nan, You're A Window Shopper | single | SR392057 | http://grooveshark.com/#/s/Nan+You+re+A+Window+Shopper/4?src5 |
| 179 | Lily Allen | Knock 'Em Out | single | SR392060 | http://grooveshark.com/#/s/Knock+Em+Out/2?src5 |
| 180 | Lily Allen | Everything's Just Wonderful | single | SR392058 | http://grooveshark.com/#/s/Everything+s+Just+Wonderful/1WN5lM?src5 |
| 181 | Lily Allen | Not Big | single | SR392058 | http://grooveshark.com/#/s/Not+Big/3?src5 |
| 182 | Lily Allen | Friday Night | Alright, Still | SR392058 | http://grooveshark.com/#/s/Friday+Night/4?src5 |
| 183 | Lily Allen | Shame For You | Alright, Still | SR392058 | http://grooveshark.com/#/s/Shame+For+You/4?src5 |
| 184 | Lily Allen | Little Things | Alright, Still | SR392058 | http://grooveshark.com/#/s/Little+Things/4?src5 |
| 185 | Lily Allen | Take What You Take | Alright, Still | SR392058 | http://grooveshark.com/#/s/Take+What+You+Take/4?src5 |
| 186 | Lily Allen | Friend of Mine | Alright, Still | SR392058 | http://grooveshark.com/#/s/Friend+of+Mine/4?src5 |
| 187 | Lily Allen | Alfie | Alright, Still | SR392058 | http://grooveshark.com/#/s/Alfie/4?src5 |
| 188 | Luke Bryan | Someone Else Calling You Baby | single | SR643593 | http://grooveshark.com/#/s/Someone+Else+Calling+You+Baby/4?src5 |
| 189 | Luke Bryan | Apologize | single | SR643593 | http://grooveshark.com/#/s/Apologize/4?src5 |
| 190 | Luke Bryan | We Rode In Trucks | single | SR643594 | http://grooveshark.com/#/s/We+Rode+In+Trucks/4?src5 |
| 191 | Luke Bryan | All My Friends Say | single | SR612032 | http://grooveshark.com/#/s/All+My+Friends+Say/5?src5 |
| 192 | Luke Bryan | Country Girl (Shake It For Me) | single | SR612029 | http://grooveshark.com/#/s/Country+Girl+Shake+It+For+Me/4?src5 |
| 193 | Luke Bryan | I Don't Want This Night To End | single | SR683897 | http://grooveshark.com/#/s/I+Don+t+Want+This+Night+To+End/4?src5 |
| 194 | Luke Bryan | Drunk On You | single | SR683898 | http://grooveshark.com/#/s/Drunk+On+You/4?src5 |
| 195 | Luke Bryan | You Don't Know Jack | Tailgates & Tanlines | SR683898 | http://grooveshark.com/#/s/You+Don+t+Know+Jack/4?src5 |
| 196 | Luke Bryan | Harvest Time | Tailgates & Tanlines | SR683898 | http://grooveshark.com/#/s/Harvest+Time/4?src5 |
| 197 | Luke Bryan | Tailgate Blues | Tailgates & Tanlines | SR683898 | http://grooveshark.com/#/s/Tailgate+Blues/4?src5 |
| 198 | Luke Bryan | Kiss Tomorrow Goodbye | Tailgates & Tanlines | SR683898 | http://grooveshark.com/#/s/Kiss+Tomorrow+Goodbye/4?src5 |
| 199 | Luke Bryan | I Knew You That Way | Tailgates & Tanlines | SR683898 | http://grooveshark.com/#/s/I+Knew+You+That+Way/4?src5 |
| 200 | Luke Bryan | Faded Away | Tailgates & Tanlines | SR683898 | http://grooveshark.com/#/s/Faded+Away/4?src5 |
| 201 | Spice Girls | Wannabe | Spice | SR201276 | http://grooveshark.com/#/s/Wannabe/7?src5 |
| 202 | Spice Girls | Say You'll Be There | Spice | SR201276 | http://grooveshark.com/#/s/Say+You+ll+Be+There/4?src5 |
| 203 | Spice Girls | 2 Become 1 | Spice | SR201276 | http://grooveshark.com/#/s/2+Become+1/4?src5 |
| 204 | Spice Girls | Love Thing | Spice | SR201276 | http://grooveshark.com/#/s/Love+Thing/4?src5 |
| 205 | Spice Girls | Last Time Lover | Spice | SR201276 | http://grooveshark.com/#/s/Last+Time+Lover/4?src5 |
| 206 | Spice Girls | Mama | Spice | SR201276 | http://grooveshark.com/#/s/Mama/4?src5 |
| 207 | Spice Girls | Who Do You Think You Are | Spice | SR201276 | http://grooveshark.com/#/s/Who+Do+You+Think+You+Are/4?src5 |
| 208 | Spice Girls | Something Kinda Funny | Spice | SR201276 | http://grooveshark.com/#/s/Something+Kinda+Funny/4?src5 |
| 209 | Spice Girls | Naked | Spice | SR201276 | http://grooveshark.com/#/s/Naked/4?src5 |
| 210 | Spice Girls | If U Can't Dance | Spice | SR201276 | http://grooveshark.com/#/s/If+U+Can+t+Dance/4?src5 |
| 211 | Spice Girls | Viva Forever | Spiceworld | SR261523 | http://grooveshark.com/#/s/Viva+Forever/4?src5 |
| 212 | Spice Girls | Spice Up Your Life | Spiceworld | SR261523 | http://grooveshark.com/#/s/Spice+Up+Your+Life/4?src5 |
| 213 | Spice Girls | Step To Me | Spiceworld | SR261523 | http://grooveshark.com/#/s/Step+To+Me/4?src5 |
| 214 | Spice Girls | Denying | Spiceworld | SR261523 | http://grooveshark.com/#/s/Denying/4?src5 |
| 215 | Spice Girls | Seaside | Spiceworld | SR261523 | http://grooveshark.com/#/s/Seaside/4?src5 |
| 216 | Spice Girls | Sofa Song | Spiceworld | SR261523 | http://grooveshark.com/#/s/Sofa+Song/4?src5 |
| 217 | Spice Girls | Ooh La | Spiceworld | SR261523 | http://grooveshark.com/#/s/Ooh+La/4?src5 |
| 218 | Spice Girls | Too Much | Spiceworld | SR261523 | http://grooveshark.com/#/s/Too+Much/4?src5 |
| 219 | Spice Girls | Goodby My Friend | Spiceworld | SR261523 | http://grooveshark.com/#/s/Goodby+My+Friend/4?src5 |
| 220 | Spice Girls | Never Give Up On The Good Times | Spiceworld | SR261523 | http://grooveshark.com/#/s/Never+Give+Up+On+The+Good+Times/4?src5 |
| 221 | The Kooks | Sofa Song | Inside In/Inside Out | SR683055 | http://grooveshark.com/#/s/Sofa+Song/4?src5 |
| 222 | The Kooks | Ooh La | Inside In/Inside Out | SR683055 | http://grooveshark.com/#/s/Ooh+La/4?src5 |
| 223 | The Kooks | Matchbox | Inside In/Inside Out | SR683055 | http://grooveshark.com/#/s/Matchbox/4?src5 |
| 224 | The Kooks | Naive | Inside In/Inside Out | SR683055 | http://grooveshark.com/#/s/Naive/4?src5 |
| 225 | The Kooks | I Want You | Inside In/Inside Out | SR683055 | http://grooveshark.com/#/s/I+Want+You/4?src5 |

| | ARTIST | TRACK | ALBUM | SR | URL |
|---|---|---|---|---|---|
| 226 | The Kooks | If Only | Inside In/Inside Out | SR613055 | http://grooveshark.com/#!/s/If+Only/4pXillf?src=5 |
| 227 | The Kooks | Time Awaits | Inside In/Inside Out | SR613055 | http://grooveshark.com/#!/s/Time+Awaits/4vX49k?src=5 |
| 228 | The Kooks | You Don't Love Me | Inside In/Inside Out | SR613055 | http://grooveshark.com/#!/s/You+Don+t+Love+Me/4qB6Sp?src=5 |
| 229 | The Kooks | Eddie's Gun | Inside In/Inside Out | SR613055 | http://grooveshark.com/#!/s/Eddie+s+Gun/4qBRxV?src=5 |
| 230 | The Kooks | Got No Love | Inside In/Inside Out | SR613055 | http://grooveshark.com/#!/s/Got+No+Love/4qBRhY?src=5 |
| 231 | The Kooks | Jackie Big Tits | Inside In/Inside Out | SR613055 | http://grooveshark.com/#!/s/Jackie+Big+Tits/4ebDvW?src=5 |
| 232 | The Kooks | How'd You Like That | Inside In/Inside Out | SR686156 | http://grooveshark.com/#!/s/How+d+You+Like+That/4yuq0O?src=5 |
| 233 | The Kooks | Runaway | Junk of the Heart | SR686156 | http://grooveshark.com/#!/s/Runaway/4yvCP?src=5 |
| 234 | The Kooks | Is It Me | Junk of the Heart | SR686156 | http://grooveshark.com/#!/s/Is+It+Me/4yugX?src=5 |
| 235 | The Kooks | Killing Me | Junk of the Heart | SR686156 | http://grooveshark.com/#!/s/Killing+Me/4yugS1?src=5 |
| 236 | The Kooks | Petulia | Junk of the Heart | SR686156 | http://grooveshark.com/#!/s/Petulia/4yuqN?src=5 |
| 237 | The Kooks | Mr. Nice Guy | Junk of the Heart | SR686156 | http://grooveshark.com/#!/s/Mr+Nice+Guy/4yvhh?src=5 |
| 238 | The Kooks | Junk of the Heart (Happy) | single | SR680507 | http://grooveshark.com/#!/s/Junk+Of+The+Heart+Happy/4dpDf?src=5 |
| 239 | Tristan Prettyman | Song For The Rich | Hello...X | SR656897 | http://grooveshark.com/#!/s/Song+For+The+Rich/48M6T2?src=5 |
| 240 | Tristan Prettyman | California Girl | Hello...X | SR656897 | http://grooveshark.com/#!/s/California+Girl/48M7J4?src=5 |
| 241 | Tristan Prettyman | You Got Me | Hello...X | SR656897 | http://grooveshark.com/#!/s/You+Got+Me/48XMoC?src=5 |
| 242 | Tristan Prettyman | Love Love Love | single | SR377595 | http://grooveshark.com/#!/s/Love+Love+Love/nfA1?src=5 |
| 243 | Tristan Prettyman | Madly | single | SR656400 | http://grooveshark.com/#!/s/Madly/4HHMfQ?src=5 |
| 244 | Tristan Prettyman | Always Feel This Way | TwentyThree | SR377594 | http://grooveshark.com/#!/s/Always+Feel+This+Way/48M6EP?src=5 |
| 245 | Tristan Prettyman | Breathe | TwentyThree | SR377594 | http://grooveshark.com/#!/s/Breathe/48M6Gf?src=5 |
| 246 | Tristan Prettyman | Electric | TwentyThree | SR377594 | http://grooveshark.com/#!/s/Electric/48M6fe?src=5 |
| 247 | Tristan Prettyman | Melting | TwentyThree | SR377594 | http://grooveshark.com/#!/s/Melting/48MX6d?src=5 |
| 248 | Tristan Prettyman | Shy That Way | TwentyThree | SR377594 | http://grooveshark.com/#!/s/Shy+That+Way/RDdE6?src=5 |
| 249 | Tristan Prettyman | Simple As It Should Be | TwentyThree | SR377594 | http://grooveshark.com/#!/s/Simple+As+It+Should+Be/48M70f?src=5 |