UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
CAPITOL RECORDS, LLC   Docket Number 12-CV-6646 (AJN)
       -against-   NOTICE OF REASSIGNMENT
ESCAPE MEDIA GROUP, INC.
--------------------------------------------------------

    The above-entitled action is:

[X] Reassigned to the Hon. ALISON J. NATHAN (AJN)

[ ] Reassigned Referral to the Hon. () , Magistrate Judge

[ ] Reassigned Designation to the Hon. (), Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Reassignment on all defendants.

                                                                                       Ruby J. Krajick
                                                                                       Clerk of Court

Dated: 9/5/2012                           BY:        Philip Guarnieri
                                                                                      Deputy Clerk