```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
```

CAPITOL RECORDS, LLC, d/b/a
EMI MUSIC NORTH AMERICA,

                                  **Plaintiff,**                                12-CV-06646 (AJN)(SN)

        -against-                                          **<u>ORDER</u>**

ESCAPE MEDIA GROUP, INC.,

                                  **Defendant.**

```
-----------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

       On August 7, 2013, this case was referred to me by the Honorable Alison J. Nathan for general pretrial supervision. Accordingly, a discovery conference is scheduled for August 13, 2013, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, to discuss the issues raised in the parties' four letters filed at docket entries 30, 31 and 32.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:     New York, New York
                 August 8, 2013