USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 07 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Capitol Records, LLC,

                  Plaintiff,

    -v-

Escape Media Group, Inc.,

                  Defendant.
-------------------------------------------------------------------X

12 Civ. 06646 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Because the above-captioned case has been referred to Judge Netburn for general pretrial management, the conference previously scheduled with this Court for August 30, 2013, is adjourned *sine die*.

    SO ORDERED.

Dated: August 7, 2013
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1