UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

CAPITOL RECORDS, LLC, d/b/a
EMI MUSIC NORTH AMERICA,

                Plaintiff,                12-CV-06646 (AJN)(SN)

   -against-                              **ORDER**

ESCAPE MEDIA GROUP, INC.,

                Defendant.

--------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On August 16, 2013, plaintiff wrote to the Court to raise a discovery dispute over the production of defendant's source code. On August 21, 2013, defendant replied by letter. Accordingly, a telephone discovery conference is scheduled for August 28, 2013, at 3:00 p.m. At that time, the parties should joint call Chambers, at (212) 805-0286, with all relevant individuals on the line.

**SO ORDERED.**

                                                  _____
                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:    New York, New York
              August 26, 2013