```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CAPITOL RECORDS, LLC, d/b/a
EMI MUSIC NORTH AMERICA,

                Plaintiff,         12-CV-06646 (AJN)(SN)

      -against-          **AMENDED
SCHEDULING ORDER**

ESCAPE MEDIA GROUP, INC.,

                Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Following a telephone conference on October 4, 2013, the Court amends the Scheduling Order as follows:

      **Status Letter.** A joint letter shall be filed with the Court not later than October 11, 2013. Unless the letter contains confidential information, it shall be filed with the Court through ECF; otherwise, it may be submitted in accordance with the Court's Individual Practices. The letter shall address whether defendants' production, made no later than October 8, 2013, resolves all pending discovery matters raised at the October 4 conference. It shall also address whether the parties wish to schedule a settlement conference (and if so, the scope of such conference) or whether the parties intend to file an application with the Court to resolve damages in the stipulated breach of contract claims.

      **Discovery and Expert Reports.** The plaintiff's expert report shall be served by October 25, 2013. The defendant's expert report shall be served by November 8, 2013. All discovery, including expert depositions, shall be completed by November 15, 2013.

**Summary Judgment Motion.** Any party that wishes to file a motion for summary judgment must do so by December 6, 2013.

**Trial-Ready Date.** Judge Nathan's November 22, 2013 trial-ready shall be adjourned pending further direction from Judge Nathan.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
           October 4, 2013