UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CAPITOL RECORDS, LLC, d/b/a
EMI MUSIC NORTH AMERICA,

                        Plaintiff,                                  12-CV-06646 (AJN)(SN)

            -against-                                      **ORDER**

ESCAPE MEDIA GROUP, INC.,

                        Defendant.
-----------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties submitted a joint letter on March 5, 2014, requesting a hearing on the plaintiff's motion for summary judgment. The Court GRANTS the request and SCHEDULES a hearing for oral argument on Tuesday, April 29, 2014 at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

      The parties are reminded that, by March 11, 2014, they must either file a motion to seal or file their papers in support of and in opposition to the motion for summary judgment on ECF.

**SO ORDERED.**

                                                                                         SARAH NETBURN
                                                                                          United States Magistrate Judge

DATED:      New York, New York
                   March 6, 2014