# ROSENBERG & GIGER
### A PROFESSIONAL CORPORATION

250 Park Avenue  
Twelfth Floor  
New York, NY 10177

Tel: (646) 494-5000  
Fax: (646) 595-0590

June 19, 2014

> USDC SDNY  
> DOCUMENT  
> ELECTRONICALLY FILED  
> DOC #:_____  
> DATE FILED: JUN 2 0 2014

**Via ECF**  
Honorable Alison J. Nathan  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 615  
New York, New York 10007

Re: **Capitol Records, LLC d/b/a EMI Music N.A. v. Escape Media Group, Inc.**  
    **Case No. 12 Civ. 6646**

Dear Judge Nathan:

This law firm is counsel to defendant Escape Media Group, Inc. ("Escape") in the referenced action. We are filing herewith Escape's written Objections pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) to the Report and Recommendation of Magistrate Judge Netburn, dated May 28, 2014 (the "Report"). Although we are unaware of any rule limiting the number of pages for such Objections, we are cognizant of the 25-page limit for memoranda of law in support of or in opposition to motions set forth in Rule 3.B of Your Honor's Individual Practices in Civil Cases. While the present filing is not a motion, should Your Honor nonetheless view Rule 3.B as applicable in this context, we respectfully request that, in light of Judge Netburn's 80-page Report, the Court accept and consider Escape's 29-page Objections. We have discussed this matter with plaintiff's counsel, who has represented that EMI does not oppose the submission by Escape of its 29-page filing.

Thank you for your consideration of this request.

> Defendant's unopposed request for additional pages is GRANTED.

Respectfully,

Matthew H. Giger  
mgiger@rglawpc.com

cc: Plaintiff's counsel (via ECF)

SO ORDERED: 6/20/14

HON. ALISON J. NATHAN  
UNITED STATES DISTRICT JUDGE